UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VICTOR MANUEL SALAZAR,

              Plaintiff,

vs.

              Civil Action No.:
              1:20-CV-09613-ALC

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

              Defendant.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/13/2021

## ORDER

    AND, NOW, this 13th day of September, 2021, upon consideration of Plaintiff's Motion for Extension of Time to File Plaintiff's Motion for Judgment on the Pleadings,

    **IT IS HEREBY ORDERED** that Plaintiff's request is **GRANTED**. Plaintiff's Motion for Judgment on the Pleadings is due **October 18, 2021**. All subsequent deadlines are also extended by thirty (30) days.

Entered: 9/13/2021

                                                      The Hon. Andrew L. Carter, Jr.
                                                          U.S. District Judge