UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICTOR MANUEL SALAZAR,

           Plaintiff,

vs.	Civil Action No.:
	1:20-CV-09613-ALC

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

           Defendant.
------------------------------------------------------------X

## ORDER

AND, NOW, this __8th__ day of October, 2021, upon consideration of Plaintiff's Motion for an extension of time to file Plaintiff's motion for judgment on the pleadings,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's motion is due November 17, 2021. All subsequent deadlines are also extended by thirty (30) days.

Entered: __10/8/2021__

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE