UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Victor Manuel Salazar

                Plaintiff,                      20 **CIV** 9613 (ALC)

    -v-                                              **<u>JUDGMENT</u>**

Commissioner of Social Security

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 19, 2022, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded for further administrative proceedings, including offering the plaintiff the opportunity for a hearing and de novo decision in the case in accordance with the Commissioner's rules and regulations, pursuant to the fourth sentence of 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**Dated:** New York, New York
         April 19, 2022

                                                          **RUBY J. KRAJICK**
                                                          Clerk of Court

                              **BY:**
                                                          **Deputy Clerk**