UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
   SALAZAR,

                           Plaintiff,

        -against-                        20-cv-9613 (ALC)

                                    **ORDER**

   COMMISSIONER OF SOCIAL
   SECURITY,

                       Defendant.
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the parties' proposed stipulated order, ECF No. 29, and the Plaintiff's October 14, 2022 letter related to that order. ECF No. 30. The proposed order includes an amount in attorney's fees to be paid by Defendant. However, the amount is not consistent with the numerical value listed in the proposed order. The parties are hereby **ORDERED** to clarify the correct dollar amount that they stipulated to by **Wednesday, November 9, 2022.**

**SO ORDERED.**

Dated:   November 3, 2022
             New York, New York

                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/3/2022