```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/2/23
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**SALAZAR,**

             **Plaintiff,**

             -against-

**COMMISSIONER OF SOCIAL SECURITY,**

             **Defendant.**

**20-cv-09613 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the Plaintiff's motion for attorney's fees. ECF No. 34. Defendant is directed to respond to Plaintiff's motion on or by **October 6, 2023**. Plaintiff's reply, if any, is due **October 12, 2023**.

**SO ORDERED.**

**Dated:   October 2, 2023**
            **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**